**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SALIM GROUP TRUST, et al.,

Plaintiffs,

-against-

979 SECOND AVENUE LLC,

Defendant.

---------------------------------------------------------------X

**26-CV-07015 (PAE) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On August 17, 2026, Plaintiffs filed a notice of appeal of a Chapter 11 action in the Bankruptcy Court of the Southern District of New York. See ECF No. 1. The individual Plaintiff, Yue Wah Chao, is proceeding pro se. Plaintiffs' brief in support of the appeal is due **September 30, 2026**. Defendant is directed to file its response by **October 2, 2026**. Plaintiffs' reply, if any, is due **October 30, 2026**.

Salim Group Trust ("Salim Group") appears to be proceeding pro se. **SALIM GROUP IS HEREBY WARNED THAT A TRUST MAY NOT PROCEED PRO SE IN FEDERAL COURT.** Salim Group is directed to obtain counsel and file a notice of appearance by **September 30, 2026**. Salim Group is hereby warned that **FAILURE TO OBTAIN COUNSEL MAY RESULT IN SALIM GROUP'S DISMISSAL FROM THE ACTION**.

Chao is advised to make an appointment with the Pro Se Law Clinic for assistance with the briefing. The Clinic is available to assist self-represented parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). An information packet about the City Bar Justice Center is attached to this order. To make an appointment, Chao must complete the City Bar Justice Center's intake form. If Chao has questions about the intake

form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10 a.m. to 4 p.m. Appointments are also available remotely Monday through Friday, 10 a.m. to 4 p.m.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

**SO ORDERED.**

DATED: New York, New York
August 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)